UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELL ADAMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and THE GOODYEAR TIRE & RUBBER COMPANY GROUP DISABILITY INCOME PLAN,<br><br>　　　　Defendants. | Case No: CV10-00482 DSF(Opx)<br><br>**ORDER RE STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE DISMISSAL** |

# **O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 9/13/10

　　　　　　　　　　　　　　　　　_/s/ Dale S. Fischer_
　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　Judge of the U.S. District Court

- 1 -
(PROPOSED) ORDER RE STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE DISMISSAL